THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE ACCORSI, Appellant, v. SHERIFF OF RICHMOND COUNTY and WARDEN OF THE COUNTY JAIL, RICHMOND COUNTY, STATE OF NEW YORK, Respondents.— Stay granted. Appellant remanded to the custody of the sheriff of Richmond county pending the determination of the appeal, and to be produced in court on the argument, which is set for Tuesday, the 1st day of October, 1929, at one o'clock in the afternoon. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

ELLA STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted and case set down for Monday, September 30, 1929. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

FRANCES STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted and case set down for Monday, September 30, 1929. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

GEORGE E. STOLWORTHY, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted and case set down for Monday, September 30, 1929. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

CATHERINE TIERNEY, an Infant, by JOHN J. TIERNEY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted and case set down for Monday, September 30, 1929. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

JOHN J. TIERNEY, Respondent, v. IRVING FRIEDMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted and case set down for Monday, September 30, 1929. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.